**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 255 EAL 2020

         Respondent             :

                               :    Petition for Allowance of Appeal
                               :    from the Order of the Superior Court

         v.                         :

                               :

WILLIE L. WILLIAMS,              :

                               :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.